Commonwealth *v.* Brooks, Appellant.

Before RIBNER, J.

Submitted September 10, 1974. *Robert B. Mozenter,* and *Marino & Mozenter,* for appellant; *Charles A. Klein, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District At-

torneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.